ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Tanik Construction Company, Inc. | ) | ASBCA No. 62527 |
| | ) | |
| Under Contract No. W911KB-14-D-0016 | ) | |

APPEARANCES FOR THE APPELLANT:    B. Neal Ainsworth, Jr.
                                   Wasilla, AK

                                   Samuel E. Baker, Esq.
                                     Oles Morrison Rinker & Baker LLP
                                     Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Matthew J. Prieksat, Esq.
                                   Andrew J. Hodlofski, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 26, 2024

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62527, Appeal of Tanik Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:  August 27, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals